UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMESON VISSMAN,

      Plaintiff,

v.                                CASE NO. 3:20-cv-1193-MCR

FADALE DUES and HICKMAN
TRANSPORT CO., INC.,

      Defendants.
_____/

## ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice (Doc. 86), this case is **DISMISSED with prejudice**.  *See* Fed.R.Civ.P. 41(a)(1)(A)(ii).  Each party shall bear his/its own attorney's fees and costs; all liens and subrogated interests will be paid by Plaintiff out of the proceeds of the settlement in this case.

**DONE AND ORDERED** at Jacksonville, Florida, on March 18, 2024.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record